Huguette Nicole Young, Ph.D.
24968 Lawrence Road
Junction City, OR 97448
Phone: 415-948-8076
E-mail: hn_young@yahoo.com
Pro se

*Very difficult to get mail here. Please e-mail if possible.* HNY

DOC NO
REC'D/FILED
2021 JAN 11 AM 11:23
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

## United States District Court
## Western District of Wisconsin

| | |
|---|---|
| HUGUETTE NICOLE YOUNG, | CASE NO. 20-cv-935 |
| *Plaintiff,* | NOTICE OF APPEAL |
| v. | |
| JOSH KAUL, in his official capacity as attorney general of Wisconsin, | |
| *Defendant.* | |

Notice is hereby given that Huguette Nicole Young, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the 7th Circuit from an order of dismissal of the case based on denial of *In Forma Pauperis* status entered in this action on the 18th day of December, 2020.

Dated: 01/06/2021

/s/Huguette Nicole Young
Huguette Nicole Young
24968 Lawrence Rd
Junction City, OR 97448
hn_young@yahoo.com
415-948-8076

Notice of Appeal                         1